UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIEL MARINO BORGE-BETANCOURT,<br>Petitioner,<br>v.<br>WARDEN, MESA VERDE DETENTION CENTER, et al.,<br>Respondents. | No. 1:26-cv-3720-TLN-JDP<br>(A # 240-299-793)<br>**ORDER** |

Petitioner, an immigration detainee proceeding with counsel, filed this Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. On May 15, 2026, the Court granted Petitioner's Motion for Temporary Restraining Order and ordered his immediate release. (ECF No. 4.) The matter was thereafter referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 20, 2026, Respondents filed a Motion to Dismiss the habeas petition. (ECF No. 8.) Petitioner filed a Statement of Non-Opposition. (ECF No. 10.) On June 8, 2026, the assigned magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 11.) Neither party filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the

Court conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 8, 2026 (ECF No. 11) are ADOPTED in full;

2. The motion to dismiss (ECF No. 8) is GRANTED;

3. The petition for writ of habeas corpus (ECF No. 1) is DISMISSED without prejudice; and

4. The Clerk of Court is ordered to enter judgment accordingly and close this case.

IT IS SO ORDERED.

Date: July 14, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE